# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2997WM

_____

Delton Corporation, Inc.,       *
      *
        Appellant,       *   Appeal from the United States
      *   District Court for the Western
   v.       *   District of Missouri.
      *
MCI Telecommunications Corporation,   *      [UNPUBLISHED]
      *
        Appellee.       *

_____

Submitted: February 11, 1999
Filed: February 18, 1999

_____

Before BOWMAN, Chief Judge, and FAGG and HANSEN, Circuit Judges.

_____

PER CURIAM.

Delton Corporation, Inc. appeals the district court's dismissal of Delton's claims for declaratory and injunctive relief from arbitration and to recover state law damages for breach of contract, fraud, libel, and slander. Having reviewed the record in the context of the parties' arguments, we find the record supports the district court's decision. Because the parties' submissions show they are thoroughly familiar with the issues before the court and no error of law appears in the district court's ruling, we conclude that an extensive discussion is unnecessary. We thus affirm on the basis of the district court's decision. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.